NUMBER 13-00-497-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


RAY PESEK
, Appellant,


v.



ANN PESEK
, Appellee.

____________________________________________________________________


On appeal from the County Court at Law 


of Calhoun County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Valdez and Justices Yañez and Rodriguez


Opinion Per Curiam


 Appellant, RAY PESEK, perfected an appeal from a judgment
entered by the County Court at Law of Calhoun County, Texas, in cause
number 94-CV-109. After the record and briefs were filed and after the
cause was set for submission and oral argument, appellant filed a
motion to dismiss the appeal. In the motion, appellant states that this
case has been resolved and appellant no longer wishes to prosecute
this appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 3rd day of May, 2001.